Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 3

| Adisseo Espana S.A. and Adisseo USA Inc. |
| :--- |
| **Plaintiff,** |
| v. |
| UNITED STATES, |
| **Defendant.** |

S U M M O N S   Court No. 21-00562

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Plaintiffs Adisseo Espana S.A. and Adisseo USA Inc. (collectively "Adisseo") are a foreign producer and a U.S. importer, respectively, of the subject methionine. Adisseo was a party to the investigation now being challenged. Plaintiffs are therefore interested parties within the meaning of Section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A). Plaintiffs accordingly have standing to bring this action in accordance with 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiffs contest certain aspects of the U.S. International Trade Commission's final determination published as Methionine from Spain and Japan; 86 Fed. Reg. 50743 (Sept. 10, 2021). The views of the Commission are contained in USITC Publication 5230 (September 2021), entitled Methionine from Japan and Spain: Investigation Nos. 731-TA-1535-1536 (Final). These results are being contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), 1516a(a)(2)(B)(i) and 28 U.S.C. § 1581(c).
(Brief description of contested determination)

3. The U.S. International Trade Commission issued its determination on September 7, 2021.
(Date of determination)

4. The U.S. International Trade Commission's determination was published in the Federal Register on September 10, 2021 (86 Fed. Reg. 50473). The antidumping duty order was published in the Federal Register on September 14, 2021 (86 Fed. Reg. 51119).
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Eric C. Emerson
Signature of Plaintiff's Attorney

10/13/2021
Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney
Eric C. Emerson
St. Lutheran Tillman
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8076

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-In-Charge International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice26
Federal Plaza
New York, NY 10278

Attorney-In-Charge Commercial
Litigation Branch
U.S. Department of Justice
1100 L Street, NW Washington, DC 20530

The Honorable Lisa R. Barton
Secretary to the Commission
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436