**UNITED STATES COURT OF INTERNATIONAL TRADE**  **FORM 24**

Adisseo Espana S.A. and Adisseo USA Inc.

Plaintiff,

v.

United States

Defendant.

**Court No.:** Court No. 21-00562

## ORDER FOR STATUTORY INJUNCTION UPON CONSENT

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below;

The parties in this action agree that, as required by 19 U.S.C. § 1516a(c)(2), a proper showing has been made that the requested injunctive relief should be granted under the circumstances;

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

Form 24-2

Methionine
*[insert Product]*

from Spain
*[insert Country]*

(1) That were: (Add additional lines as needed)

☐ produced by _____
   *[Company Name]*

☐ exported by _____
   *[Company Name]*

☐ produced by _____ and
   *[Company Name]*

   exported by _____
   *[Company Name]*

☐ produced and exported by _____
   *[Company Name]*

☒ produced and/or exported by Adisseo Espana S.A. and
   *[Company Name]*

☒ imported by Adisseo USA Inc.
   *[Company Name]*

(2) That were the subject of the United States Department of Commerce's final determination in *Methionine From Japan and Spain: Antidumping Duty Orders* 86 FR 51119 (Sept. 14, 2021);
*[insert title, volume, page and date of FR Notice]*

(3) That were entered, or withdrawn from warehouse, for consumption, during the period March 4, 2021 through August 31, 2022;
   *[Date]*                    *[Date]*
excluding the GAP period from August 31, 2021 to September 9, 2021

409

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: _____          _____
           New York, New York                                           Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019.)