UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| ADISSEO ESPANA S.A. AND ADISSEO USA INC.<br>　　　　　Plaintiffs,<br>　　v.<br>UNITED STATES,<br>　　　　　Defendant,<br>　　and<br>NOVUS INTERNATIONAL INC.,<br>　　　　　Defendant-Intervenor. | Court No. 21-00562 |

For the reasons stated in Slip Opinion ___ (ECF ___), it is hereby **ORDERED** as follows:

This case is hereby **REMANDED** to the U.S. International Trade Commission ("Commission") for further administrative proceedings consistent with the Court's opinion, including that the Commission, on the basis of the existing administrative record:

(1) Make a finding whether there was significant price underselling by the imported merchandise as compared with the price of the like product of the United States, as required by Section 771(7)(C)(ii)(I) of the Act (19 U.S.C. § 1677(7)(C)(ii)(I));

(2) Identify with specificity where in its Final Determination the Commission considered the effects of non-price factors (including without limitation the importance of supply diversity to U.S. purchasers) on its finding of adverse price effects and on the impact of subject imports on the domestic industry, and if such factors were not fully considered, to reconsider its determination to take these non-price factors into account;

(3) Either make a price effects determination on the basis of the quarterly pricing data in a manner consistent with agency practice, or explain why a rejection of the quarterly pricing data is supported by substantial evidence and is in accordance with law;

(4) Reconsider any finding of price depression under Section 771(7)(C)(ii)(II) of the Act (19 U.S.C. § 1677(7)(C)(ii)(II)) made on the basis of anecdotal evidence regarding bids for subject imports in light of (i) the quarterly price comparison data showing consistent overselling by subject imports, (ii) the evidence contradicting this conclusion (including the lack of supporting evidence in the record), and if upon reconsideration such finding cannot be supported, reverse the finding of price depression;

(5) Reconsider the probative value and factual accuracy of the volume of alleged lost sales used to support a finding of adverse price effects; and

(6) Reconsider its conclusion that the growth in subject imports' market share was a cause of material injury to the domestic industry in view of (i) consistent overselling by imports, (ii) trends in the domestic industry's shipment volumes and capacity utilization during the POI, and (iii) non-price factors, such as U.S. purchasers' stated desire for supply diversity, affecting subject imports' market share,

**ORDERED** that the Commission is hereby directed to submit its remand determination within __ days of this Order.

Dated:_____, 2023
New York, New York                    _____
                                            JUDGE