Form 8

# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| ADISSEO ESPANA S.A. AND ADISSEO USA INC. | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| UNITED STATES, | ) Court. No. 21-00562 |
| Defendant, | ) ) ) |
| and | ) ) ) |
| NOVUS INTERNATIONAL INC. | ) ) ) |
| Defendant-Intervenor. | ) ) ) |

**Stipulation of Dismissal**

**PLEASE TAKE NOTICE** that Plaintiffs Adisseo Espana S.A. and Adisseo USA Inc. (collectively, "Plaintiffs"), pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Form 8

Respectfully submitted,

June 13, 2024
   /s/ Eric C. Emerson
Eric C. Emerson
Christopher Forsgren
Steptoe LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-8076
Email: eemerson@steptoe.com

*Counsel for Adisseo Espana and Adisseo USA Inc.*

   /s/ Andrea C. Casson
Andrea C. Casson
Noah Meyer
United States International Trade Commission
500 E St., S.W.
Washington, D.C. 20436
(202) 205-3105
Email: andrea.casson@usitc.gov

*Counsel for Defendant*

   /s/ Christopher Todd Cloutier
Christopher Todd Cloutier
Schagrin Associates
900 Seventh St., N.W.
Washington, D.C. 20001
(202) 223-1700
Email: ccloutier@schagrinassociates.com

*Counsel for Novus International Inc.*

Form 8

## Order of Dismissal

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated:_____     Clerk, U.S. Court of International Trade

By: _____

Deputy Clerk